

ORDERED in the Southern District of Florida on January 7, 2026.

*Corali Lopez-Castro*
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ADAIRYS CABALLERO<br>AKA ADAIRYS CABALLERO GALBAN, | CASE No. 25-20239-CLC |
| DEBTOR.<br>_____/ | |

**AGREED ORDER SUSTAINING OBJECTION TO CLAIM (Doc. 27)**

THIS CAUSE came before the Court on the consent calendar on the Debtor's Objection to Claim of TH MSR Holdings, LLC c/o Roundpoint Mortgage Servicing LLC (Doc. 27) (the "Objection"). The Court having considered the Objection, and being advised of the agreement of both parties, it is therefore, ORDERED, as follows:

1. The Objection is SUSTAINED.

2. Proof of Claim No. 9 filed by TH MSR Holdings, LLC c/o Roundpoint Mortgage

Servicing LLC will be allowed with no distribution from the Chapter 13 Trustee.

###

**Submitted by:**

ReShaundra Suggs, Esq.
Miller, George & Suggs, PLLC
210 N. University Dr., Ste 900
Coral Springs, FL 33071
Telephone #: 786-268-9954
Fax #: 954-333-6823
FBN 77094
rsuggs@mgs-legal.com

Attorney, ReShaundra Suggs, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.