**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____  Original Plan

■ FOURTH _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Adairys Caballero       JOINT DEBTOR: _____       CASE NO.: 25-20239-CLC

SS#: xxx-xx- 0854       SS#: xxx-xx-_____

## I.   NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ■ Included | ☐ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $1,419.15 _____ for months  1  to  3  ;

2.   $4,313.15 _____ for months  4  to  60  ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**       ☐ NONE   ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $5,200.00 | Total Paid: $2,000.00 | Balance Due: $3,200.00 |

Payable  $1,051.22 /month (Months  1  to  3  )

Payable  $46.34 /month (Months  4  to  4  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Safe Harbor: $5,000.00 Attorney's Fees + $200.00 Costs = $5,200.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS   ☐ NONE

**A.   SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.   Creditor: Click n' Close / TH MSR Holdings LLC / c/o RoundPoint Mortgage Servicing LLC POC#9

Address: 446 Wrenplace Road
Fort Mill, SC 29715

Last 4 Digits of Account No.:       1236

Arrearage/ Payoff on Petition Date   $1,388.98

Arrears Payment (Cure)   $0.00 /month (Months  1  to  3  )

Arrears Payment (Cure)   $24.37 /month (Months  4  to  60  )

Regular Payment (Maintain)   $0.00 /month (Months  1  to  3  )

LF-31 (rev. 04/01/22)

Debtor(s): Adairys Caballero      Case number: 25-20239-CLC

| | | |
|---|---|---|
| Regular Payment (Maintain) | $2,580.23 | /month (Months 4 to 60 ) |

Other:    See non-standard provisions below

■ **Real Property**               Check one below for Real Property:

     ■ Principal Residence            ■ Escrow is included in the regular payments

     ☐ Other Real Property           ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
14811 SW 180TH TER Miami, FL 33187

☐ Personal Property/Vehicle

Description of Collateral:

---

2.   Creditor: Click n' Close / TH MSR Holdings LLC / c/o RoundPoint Mortgage Servicing LLC POC#9

     Address: 446 Wrenplace Road
               Fort Mill, SC 29715

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | | |
| Payoff (Including 0% monthly interest) | $8.75 | /month (Months 1 to 60 ) |

Last 4 Digits of
Account No.:        1236

Other:    Notice of Postpetition Mortgage Fees, Expenses and Charges 1/30/2026 on POC #9 $525.00

■ **Real Property**               Check one below for Real Property:

     ■ Principal Residence            ☐ Escrow is included in the regular payments

     ☐ Other Real Property           ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
14811 SW 180TH TER Miami, FL 33187

☐ Personal Property/Vehicle

Description of Collateral:

---

3.   Creditor: Click n' Close / TH MSR Holdings LLC / c/o RoundPoint Mortgage Servicing LLC POC#9

     Address: 446 Wrenplace Road
               Fort Mill, SC 29715

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | | |
| Payoff (Including 0% monthly interest) | $13.53 | /month (Months 1 to 60 ) |

Last 4 Digits of
Account No.:        1236

Other:    ORDER DENYING MOTION FOR RELIEF FROM STAY (Doc. 60) $612.50 + $199.00 = $811.50

■ **Real Property**               Check one below for Real Property:

     ■ Principal Residence            ☐ Escrow is included in the regular payments

     ☐ Other Real Property           ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
14811 SW 180TH TER Miami, FL 33187

☐ Personal Property/Vehicle

Description of Collateral:

**B.**   **VALUATION OF COLLATERAL:**   ■ NONE

**C.**   **LIEN AVOIDANCE**   ■ NONE

**D.**   **SURRENDER OF COLLATERAL:**   ☐ NONE

     Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

LF-31 (rev. 04/01/22)                

Debtor(s): Adairys Caballero _____ Case number: 25-20239-CLC

☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Westgate Las Vegas Resort LLC | 2817 | Westgate Las Vegas Resort, LLC Timeshare 5601 Windhover Drive Orlando, FL 32819  Orange County |
| 2. | Flagler Memorial Park | 2238 | Flagler Memorial Park Cemetery Plot |

**E. DIRECT PAYMENTS** ☑ NONE

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)] ☐ NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

**B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: $12,224.00 | Total Payment $12,224.00 |
|---|---|
| Payable: $203.73 | /month (Months 1 to 60 ) |

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE

**D. OTHER:** ☑ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $0.00 /month (Months 1 to 3 )

Pay $1,004.88 /month (Months 4 to 4 )

Pay $1,051.22 /month (Months 5 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☑ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ☑ NONE

**VI. STUDENT LOAN PROGRAM** ☑ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☑ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

☑ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX. NON-STANDARD PLAN PROVISIONS** ☐ NONE

☑ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Confirmation of the plan shall not bar Debtor's counsel from filing an Application for Compensation for any work performed before confirmation.

The full amount due under the regular payment provision of Proof of Claim #9 will be paid throughout months 4-60 of the plan.

☐ Mortgage Modification Mediation

Debtor(s): Adairys Caballero _____   Case number: 25-20239-CLC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | | | |
|---|---|---|---|
| _____ Debtor | _____ Date | _____ Joint Debtor | _____ Date |
| Adairys Caballero | | | |

/s/ Jose A. Blanco, Esq.
_____     _____

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

_____

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.