

**ORDERED in the Southern District of Florida on April 10, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CHAPTER 13

ADAIRYS CABALLERO,

                                                    CASE No.   25-bk-20239-CLC

        DEBTOR.

_____/

### ORDER DENYING MOTION FOR RELIEF FROM STAY (Doc. 60)

THIS CAUSE came before the Court on the Motion for Relief from Stay (Dc. 60) filed by the Secured Creditor, TH MSR Holdings, LLC ("Secured Creditor"), scheduled for hearing on March 24, 2026 at 9:00 A.M. (the "Hearing"). The Court, for the reasons stated during the consent portion of the Chapter 13 calendar, ORDERS the following:

1. The Motion is DENIED upon confirmation of the Debtor's Third Amended Chapter 13 Plan or any other Plan that provides for full satisfaction of the Debtor's post-petition payments, from October 1, 2025 through January 1, 2026, in the amount of $9,757.10, to be in months 4

Our Case #: 25-001342/2:25-bk-00702-FMD/BOA

through 60 of said plan.

2. The Secured Creditor is awarded attorneys' fees in the amount of $612.50 and costs in the amount of $199.00.  These amounts will be paid through the Debtor's Chapter 13 Plan.

###

**Submitted by:**
April H. Stone, Esq.
Tromberg, Miller, Morris & Partners, PLLC
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
rsuggs@tmppllc.com

Attorney, April H. Stone, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

Our Case #: 25-001342/2:25-bk-00702-FMD/BOA