| Fill in this information to identify the case: | |
|---|---|
| **Debtor 1** | Adairys Caballero aka Adairys Caballero Galban |
| **Debtor 2** | |
| (Spouse, if filing) | |
| **United States Bankruptcy Court for the** | Southern District of Florida (State) |
| **Case number** 25-20239-CLC | |

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses and Charges     12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** TH MSR Holdings LLC            **Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 1236

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetiton Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 10/03/2025, 10/08/2025, 9/10/2025 | (5) $ 525.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ ReShaundra Suggs                                                               Date  1/30/2026
  Signature

Print:   ReShaundra Suggs                                          Title   Attorney for Creditor
         First name    Middle Name    Last name

Company    Tromberg, Miller, Morris & Partners, PLLC

Address   600 West Hillsboro Blvd., Suite 600
          Number      Street

          Deerfield Beach, FL 33441
          City             State          Zip Code

Contact phone  786-268-9954                    Email:  rsuggs@mgs-legal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this __30th__ day of __January__ 2026.

/s/ ReShaundra Suggs
**RESHAUNDRA SUGGS**

**Via Pre-Paid U.S. Mail:**

Adairys Caballero
14811 SW 180TH TER
Miami, FL 33187-6276
Debtor(s)

**Via ECF:**

Jose A. Blanco
102 E 49th ST
Hialeah, FL 33013
Attorney for Debtor(s)

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027
Chapter 13 Trustee

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
U.S. Trustee

**Miller, George & Suggs, PLLC**

6080 Tennyson Pkwy, Ste 100

Plano, TX 75024 6002

Phone No: (972) 532-0128

Fax No:

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | |
|---|---|---|
| Roundpoint Mortgage Servicing LLC | Invoice #: | |
| | Invoice Status: | Check Confirmed(Adj/Exc/Res) |
| 446 Wrenplace Road | Input By: | Brianna Daniels |
| Fort Mill, SC 29715 | Date Submitted: | 10/10/2025 |
| Re: CABALLERO ADAIRYS<br>14811 SW180TH TER<br>MIAMI, FL 33187 0000 | Invoice Date: | 10/10/2025 |
| | Vendor Ref #: | |
| Loan #: | Vendor Code: | MGSLEGAL |
| Loan Type: FreddieMac | Payee Code: | |
| Inv. ID / Cat. ID: HT5 / 001 | Type: | Non Judicial |
| Cost Center: | Referral Date | 9/9/2025 |
| CONV-FH Case No: | | |
| GSE Code: H | Acquisition Date: | |
| GSE REO Rem. Code: | Paid in Full Date: | N/A |
| | Foreclosure Removal | N/A |
| Original Mortgage Amount: $295,999.00 | HiType | 1 |
| Litigation Status Code: | Class Code | |
| Man Code: 0 | | |
| BK Case No: | | |
| BK Chapter: 13 | | |

Invoice ID: 356519066
Asset Number:
Outsourcer: LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/10/2025 | 10/16/2025 | 10/17/2025 | | 10/21/2025 | 10/21/2025 | 10/22/2025 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 10/08/2025 | 1 | $612.50 | $612.50 | ($162.50) | $450.00 |
| **Note: Proof of Claim (Recoverable)** | | | | | | | | |
| Service From Date: 9/9/2025 | | | Service To Date: 10/8/2025 | | | | | |
| Attorney Fees - Proof of Claim | | | 10/03/2025 | 1 | $350.00 | $350.00 | $0.00 | $350.00 |
| **Note: Proof of Claim-410a (Recoverable)** | | | | | | | | |
| Service From Date: 9/9/2025 | | | Service To Date: 10/3/2025 | | | | | |
| | | | | | **$962.50** | | **($162.50)** | **$800.00** |

| | | | | Total: | $962.50 | ($162.50) | $800.00 |
|---|---|---|---|---|---|---|---|

**Invoice Level Comment**
Fees are within the allowable

Execution Date Time: 01/20/2026 12:58:25 PM                                     Pages: 1/ 2

**Payment information**

| Requested Date | Check/ACH# | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 10/21/2025 | ▇▇▇▇ | 10/21/2025 | $350.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | ▇ | ▇ | ▇ | ▇ | $350.00 |
| Requested Date | Check/ACH# | Payment Date | Amount | | | |
| 10/21/2025 | ▇▇▇▇ | 10/21/2025 | $450.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Proof of Claim | ▇ | ▇ | ▇ | ▇ | $450.00 |

Excecution Date Time: 01/20/2026 12:58:25 PM                                    Pages: 2/ 2

## Miller, George & Suggs, PLLC

6080 Tennyson Pkwy, Ste 100

Plano, TX 75024 6002

Phone No: (972) 532-0128

Fax No:

### Bankruptcy - Bankruptcy Services - Chapter 13 - INVOICE

| | | | |
|---|---|---|---|
| Roundpoint Mortgage Servicing LLC | | Invoice #: | [REDACTED] |
| | | Invoice Status: | Check Confirmed |
| 446 Wrenplace Road | | Input By: | Brianna Daniels |
| Fort Mill, SC 29715 | | Date Submitted: | 9/11/2025 |
| Re: | CABALLERO ADAIRYS 14811 SW180TH TER MIAMI, FL 33187 0000 | Invoice Date: | 9/11/2025 |
| | | Vendor Ref #: | [REDACTED] |
| Loan #: | [REDACTED] | Vendor Code: | MGSLEGAL |
| Loan Type: | FreddieMac | Payee Code: | MILLE33309 |
| Inv. ID / Cat. ID: | HT5 / 001 | Type: | Non Judicial |
| Cost Center: | | Referral Date | 9/9/2025 |
| CONV-FH Case No: | | | |
| GSE Code: | H | | |
| GSE REO Rem. Code: | | Acquisition Date: | |
| | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $295,999.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | 0 | | |
| BK Case No: | 25-20239-CLC | | |
| BK Chapter: | 13 | | |

Invoice ID: [REDACTED]
Asset Number:
Outsourcer: LPS Default Solutions

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 9/11/2025 | 9/17/2025 | 9/17/2025 | | 9/19/2025 | 9/19/2025 | 9/20/2025 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Review of Plan | | | 09/10/2025 | 1 | $450.00 | $450.00 | $0.00 | $450.00 |
| **Note: Plan Review (Recoverable)** | | | | | | | | |
| Service From Date: 9/9/2025 | | | Service To Date: 9/10/2025 | | | | | |
| Non-recoverable Fees - Non Recv. Bankruptcy Fee | | | 09/10/2025 | 1 | $300.00 | $300.00 | $0.00 | $300.00 |
| **Note: Plan Negotiations (Non-Recoverable)** | | | | | | | | |
| Service From Date: 9/9/2025 | | | Service To Date: 9/10/2025 | | | | | |
| | | | | | | $750.00 | $0.00 | $750.00 |

| | | | |
|---|---|---|---|
| **Total:** | $750.00 | $0.00 | $750.00 |

**Invoice Level Comment**
Fees are within the allowable

Execution Date Time: 01/20/2026 12:58:25 PM                                                                                          Pages: 1/ 2

**Payment information**

| Requested Date | | Payment Date | Amount | | | |
|---|---|---|---|---|---|---|
| 09/19/2025 | ▮▮▮ | 09/19/2025 | $300.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Non-recoverable Fees | Non Recv. Bankruptcy Fee | 630 | ATBF | 80T02 | 01 | $300.00 |
| Requested Date | | Payment Date | Amount | | | |
| 09/19/2025 | ▮▮▮ | 09/19/2025 | $450.00 | | | |
| Category | Subcategory | Trans Code | Reason Code | Caw Payee Code | Seq Code | Net Amount |
| Attorney Fees | Review of Plan | 630 | ATBF | 80R02 | 01 | $450.00 |

# SUPPLEMENTAL DOCUMENTS – FOR REVIEW ONLY

**MILLER GEORGE & SUGGS**

**Florida Office**
210 N. University Dr., Ste. 900
Coral Springs, Florida 33071
Main: 786.268.9954
Fax: 954.333.6823
FLORIDA | TEXAS | GEORGIA

The SD of Florida only allows a total of $525 recoverable for Secured Creditor's for the following tasks (plan review, plan objections, POC) –

- Preparing and filing a proof of claim on behalf of a secured creditor (inclusive of a
- 410A pay history as part of the claim).
- A secured creditor attorney's review of a debtor's chapter 13 plan inclusive of any
- review necessary for all amended plans filed prior to confirmation.
- Monitoring the case for any pleading and/or activity that may impact a secured
- creditor's claim prior to confirmation.
- Any objection that may be necessary to protect the secured creditor's claim prior

**\*\*Therefore the fees were reduced to reflect the amount of $525.00.  Please see attached Local Rule.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**GUIDELINES FOR CHAPTER 13 ATTORNEY FEES FOR**
**SECURED CREDITORS – SAFE HARBOR OR MOTION**

The following Guidelines apply in all Chapter 13 cases in the Southern District of Florida when Rule 3002.1 Notices for attorney fees for secured creditors are filed.

Attorney fees (collectively referred to as "Safe Harbor Fees") incurred by lawyers representing secured creditors shall be presumed reasonable in chapter 13 cases if such fees are timely noticed pursuant to Bankruptcy Rule 3002.1, L.R. 3002.1-1 and sought pursuant to these guidelines.

The court deems the aggregate amount of $525.00 as reasonable compensation (and the secured creditor may file a single flat fee Rule 3002.1 notice of such amount) for chapter 13 secured creditor attorneys to perform the following:

- Preparing and filing a proof of claim on behalf of a secured creditor (inclusive of a 410A pay history as part of the claim).
- A secured creditor attorney's review of a debtor's chapter 13 plan inclusive of any review necessary for all amended plans filed prior to confirmation.
- Monitoring the case for any pleading and/or activity that may impact a secured creditor's claim prior to confirmation.
- Any objection that may be necessary to protect the secured creditor's claim prior to confirmation.

## Scope of Fee(s)

Upon the filing of a Rule 3002.1 Notice, the following actions are presumed performed and completed by an attorney representing a secured creditor in a chapter 13 case:

(a) That the attorney has prepared and filed the proof of claim form (inclusive of any amended claims prior to confirmation).

(b) That the attorney has reviewed the documents attached to a proof of claim and confirmed that such documents evidence that the secured creditor has a perfected lien, and the documents provide for the recoverability of attorney's fees.

(c) That the attorney has communicated with servicer, lender, or other lien holder to obtain the necessary information in connection to a debtor's loan and/or contract.

(d) That the attorney has reviewed the applicable loan's pay history.

(e) That the attorney has verified that the proof of claim was properly docketed.

(f) That the attorney has communicated and negotiated with the servicer/lien holder, chapter 13 trustee, and debtor's counsel (if necessary).

(g) That the attorney has reviewed the bankruptcy case docket and a debtor's chapter 13 plan (inclusive of an attorney's review of any amended plan filed prior to confirmation, and an attorney's monitoring of the case for any pleading that may impact the secured creditor's claim, prior to the chapter 13 plan's confirmation).

(h) That if an attorney files an objection; the attorney has communicated with servicer, conducted legal research (if necessary), prepared and filed the objection, negotiated with debtor or trustee in resolving objection (if necessary), and attended hearing(s) on objection (if necessary).

**Chapter 13 Administration of Secured Creditor's Fees**

(i) <u>Claim Paid Through Plan</u>. If a debtor is proposing to cure arrears to a secured creditor, the Safe Harbor Fees shall be included as a supplement to secured creditor's arrearage claim.

(j) <u>Mortgage Modification Mediation</u>. If a debtor is proposing Mortgage Modification Mediation ("MMM"), the fee notices shall be held in abeyance until the conclusion of the MMM process, as provided for in L.R. 3002.1-1.

(k) <u>Direct Pay or Surrender</u>. If a debtor is proposing to treat the claim direct or surrendering interest in the claim, the Safe Harbor Fees are presumed reasonable for a secured creditor's work in the bankruptcy and are for notice purposes in connection to a secured creditor's claim. The Safe Harbor Fee in such scenario must be filed via a Bankruptcy Rule 3002.1 notice, will not be in violation of L.R. 3002.1-1, and can be recoverable in the ordinary course of business upon the lifting of the automatic stay.

(l) <u>Notice filed Post Confirmation</u>. If a Safe Harbor Fee notice is filed after confirmation of a chapter 13 plan, but still within the time frame provided for in Bankruptcy Rule 3002.1, the fees are recoverable and still fall within these guidelines, however, the debtor is not required to file a modified plan to account for such fees, and the debtor can indicate the intent for such fees by completing the required Local Form 48.

(m) <u>Objections to Rule 3002.1 Notice.</u> Objections to Rule 3002.1 notices shall be handled in accordance with Bankruptcy Rule 3002.1(c) and (e).

**Exceptions, Limitations, and Additional Fees for Secured Creditor**

(n) <u>Fees Outside Guidelines Subject to Objection</u>. These guidelines are inapplicable to notices that do not meet the timing restrictions and fee type restrictions listed above.  A secured creditor may file post-petition fee notices outside the parameters of these guidelines; however, such fee notices are subject to

      objections based upon reasonableness, necessity, and any other grounds as to why such fees may not be appropriate.

(o) <u>Motion or Application for Additional Fees</u>. Notwithstanding the terms of these guidelines, a secured creditor attorney may file a fee application or separate motion if such attorney asserts that additional fees beyond the Safe Harbor amount should be awarded based upon the work performed in a specific case. If a secured creditor attorney does seek fees beyond the Safe Harbor Fee, the attorney should only file the fee application or motion, but not a Safe Harbor Fee notice.

(p) <u>Modified Plans</u>.  ==These guidelines do not apply to fees incurred by a secured creditor for the review or objection to modified plans filed after the debtor's initial confirmation.== Should a secured creditor file any 3002.1 notice with respect to such modified plan(s), the debtor shall indicate the intent for such fees by completing the required Local Form 48.