**Fill in this information to identify the case:**

**Debtor 1** Adairys Caballero aka Adairys Caballero Galban

**Debtor 2**

**(Spouse, if filing)**

**United States Bankruptcy Court for the** Southern District of Florida
**(State)**

**Case number** 25-20239-CLC

Official Form 410S2

# AMENDED Notice of Postpetition Mortgage Fees, Expenses and Charges

12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:** TH MSR Holdings LLC

**Court claim no.** (if known): 9

**Last four digits** of any number you use to identify the debtor's account: 1236

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☑ Yes. Date of the last notice: 5/22/2026

## Part 1: Itemize Postpetiton Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1.Late charges | | (1) | $ |
| 2.Non-sufficient funds (NSF) fees | | (2) | $ |
| 3.Attorney Fees | 04/10/2026 | (3) | $ 612.50 |
| 4.Filing fees and court costs | 04/10/2026 | (4) | $ 199.00 |
| 5.Bankruptcy/Proof of claim fees | | (5) | $ |
| 6.Appraisal/Broker's price opinion fees | | (6) | $ |
| 7.Property inspection fees | | (7) | $ |
| 8.Tax advances (non-escrow) | | (8) | $ |
| 9.Insurance advances (non-escrow) | | (9) | $ |
| 10.Property preservation expenses. Specify: | | (10) | $ |
| 11.Other. Specify: | | (11) | $ |
| 12.Other. Specify: | | (12) | $ |
| 13.Other. Specify: | | (13) | $ |
| 14.Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✕ /s/ Bouavone Amphone Date 08/18/2026
Signature

Print: Bouavone Amphone Title Attorney for Creditor
First name Middle Name Last name

Company Tromberg, Miller, Morris & Partners, PLLC

Address 600 West Hillsboro Blvd., Suite 600
Number Street

Deerfield Beach, FL 33441
City State Zip Code

Contact phone 786-268-9954 Email: bankruptcy@tmppllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was delivered to the addressees on the attached mailing list by First Class U.S. Mail postage pre-paid and/or electronic mail this 18th day of August, 2026

*/s/ Bouavone Amphone*
**Bouavone Amphone**

**Via Pre-Paid U.S. Mail:**

Adairys Caballero
14811 SW 180TH TER
Miami, FL 33187-6276
Debtor(s)

**Via ECF:**

Jose A. Blanco
102 E 49th ST
Hialeah, FL 33013
Attorney for Debtor(s)

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027
Chapter 13 Trustee

Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
U.S. Trustee

**ORDERED in the Southern District of Florida on April 10, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CHAPTER 13

ADAIRYS CABALLERO,

CASE No. 25-bk-20239-CLC

DEBTOR.
_________________________________________/

**ORDER DENYING MOTION FOR RELIEF FROM STAY (Doc. 60)**

THIS CAUSE came before the Court on the Motion for Relief from Stay (Dc. 60) filed by the Secured Creditor, TH MSR Holdings, LLC ("Secured Creditor"), scheduled for hearing on March 24, 2026 at 9:00 A.M. (the "Hearing"). The Court, for the reasons stated during the consent portion of the Chapter 13 calendar, ORDERS the following:

1. The Motion is DENIED upon confirmation of the Debtor's Third Amended Chapter 13 Plan or any other Plan that provides for full satisfaction of the Debtor's post-petition payments, from October 1, 2025 through January 1, 2026, in the amount of $9,757.10, to be in months 4

through 60 of said plan.

2. The Secured Creditor is awarded attorneys' fees in the amount of $612.50 and costs in the amount of $199.00. These amounts will be paid through the Debtor's Chapter 13 Plan.

###

**Submitted by:**
April H. Stone, Esq.
Tromberg, Miller, Morris & Partners, PLLC
600 West Hillsboro Boulevard
Suite 600
Deerfield Beach, FL 33441
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
rsuggs@tmppllc.com

Attorney, April H. Stone, Esq., is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.